UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

        v.

**GEORGE J. SIMCHUK,**

        **Defendant.**
_____

Civ. Action No.: 08cv6728 (DLC)

**Certificate of Service**

    I hereby certify that on July 30, 2008, I served by Federal Express copies of the following documents upon the Defendant, George J. Simchuk: (1) Complaint, (2) Civil Cover Sheet, (3) Individual Practices in Civil Cases, Denise Cote, United States District Judge, and (4) Electronic Case Filing Rules & Instructions, United States District Court, Southern District of New York.  I further certify that on July 31, 2008, I served upon the Defendant by Federal Express copies of the Court's Final Judgment dated July 30, 2008 and the Notice of Right to Appeal.  The documents were sent to the Defendant at the following address:

        George J. Simchuk
        115 Sourdough Lane
        Sagle, Idaho 83860

        ___S/_____
        Alan M. Lieberman (AL-6517)
        Securities and Exchange Commission
        100 F Street, N.E.
        Washington, D.C. 20549
        Telephone:  (202) 551-4474
        Facsimile:  (202) 772-9245
        Liebermana@sec.gov